ORDERED.

Dated: September 03, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
### www.flmb.uscourts.gov

In re:  

**DAVID F. KULL**
**SHARON L. KULL,**

    Debtors.
_____/

Case No.: 6:18-bk-03706-KSJ
Chapter 7

### ORDER GRANTING PLANET HOME LENDING, LLC, AS SERVICER FOR WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2014-2'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS MATTER** came before the Court without necessity of a hearing upon Planet Home Lending, LLC, as Servicer for Wilmington Trust, N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2's Motion for Relief From Automatic Stay [D.E. 47] (the "Motion"). The Court, pursuant to Local Rule 2002-4, having considered this Motion without further notice or hearing as no party in interest has filed an objection within twenty-one (21) days from the date that the Motion was entered on the docket, and being otherwise duly advised in the premises, it is, hereby

**ORDERED,** as follows:

*Case No.: 6:18-bk-03706-KSJ*

1. The Motion is **GRANTED**, as set forth herein.

2. The Automatic Stay as is lifted to allow Planet Home Lending, LLC, As Servicer for Wilmington Trust, N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 ("Secured Creditor"), so as to allow Secured Creditor immediately commence and/or continue state court foreclosure proceedings, and allow the state court to enter all necessary orders, judgments, and decrees associated therewith, on real property commonly described as *5420 Tribune Drive, Orlando, FL 32812,* and with a legal description described as:

> **LOT 4, BLOCK C, GATLIN HEIGHTS, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 4, PAGE 126, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.  A.P.A. 16-23-30-2960-03-040**

3. This relief is *in rem* only in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Secured Creditor shall not seek any *in personam* relief against the debtor without further order of the Court.

4. The Court waives the time requirements under Rule 4001(a)(3) and deems the relief from stay effective immediately.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq**.
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402, Miami, FL 33137
Telephone: (305) 501.2808 / Facsimile: (954) 780.5578

Chase A. Berger, Esq. is directed to serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service within 3 days from the date of this Order.